UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 11-2157 |
| BETTY BOUCHON, ET AL. | SECTION "N" (3) |

**ORDER**

An agreed-upon Consent Order has been entered in this matter. (Rec. Doc. 5). Paragraph 38 states that "the Court shall retain jurisdiction for the duration of this Consent Order to enforce its terms, after which time the case shall be dismissed with prejudice...." Paragraph 40 further states that this Order shall be in effect for a period of four years from the date of its entry, subject to the provisions of Paragraphs 38 and 41, after which time the case shall be dismissed with prejudice." To avoid this case from remaining pending for a number of years without any action therein,

**IT IS ORDERED** that the Clerk of Court mark this action **CLOSED** for statistical purposes, and

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction and that the case shall be restored to the trial docket upon motion of a party if circumstances change. This order shall not prejudice the rights of the parties to this litigation.

New Orleans, Louisiana, this 7th day of September, 2011.

KURT D. ENGELHARDT
United States District Judge